■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMILIO PADILLA, Appellant. [822 NYS2d 474]—Appeal by the de-

fendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Kron, J.), imposed January 25, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Miller, Crane, Mastro and Fisher, JJ., concur.